| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Leitman, Matthew F. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Michigan | 3. Date of Report<br><br>07/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination   Date 7/25/2013<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>07/12/2013 |

**7. Chambers or Office Address**

Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Principal | Miller, Canfield, Paddock and Stone, P.L.C. |
| 2. | President and Director | American Constitution Society, MI Lawyers Chapter |
| 3. | Director | Seaholm High School Baseball Boosters |
| 4. | Executive Board Member | Federal Bar Association, Eastern District of Michigan Chapter |
| 5. | President | Harvard Law School Association of Michigan |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Compensation from Law Firm for Professional Services | $333,312.00 |
| 2. | 2012 | Compensation from Law Firm for Professional Services | $404,977.00 |
| 3. | 2013 | Compensation from Law Firm for Professional Services | $96,589.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Simply Pearls, LLC - Wages |
| 2. | 2013 | Simply Pearls, LLC - Wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 8

Name of Person Reporting

Leitman, Matthew F.

Date of Report

07/30/2013

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Bank | Unsecured Personal Home Improvement Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 401-K Account No. 1 (H) | | | | | | | | | |
| 2. -Dodge & Cox Income Fund | A | Dividend | K | T | | | | | |
| 3. -Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 4. -Fidelity Contrafund Fund | A | Dividend | K | T | | | | | |
| 5. -Oppenheimer Developing Markets Fund Class Y | A | Dividend | K | T | | | | | |
| 6. -Vanguard Inflation-Protected Securities Fund Investor Share | A | Dividend | K | T | | | | | |
| 7. -Vanguard International Growth Fund Investor Shares | A | Dividend | K | T | | | | | |
| 8. -Vanguard International Value Fund | A | Dividend | K | T | | | | | |
| 9. -Vanguard Mid-Cap Index Fund Investor Shares | A | Dividend | K | T | | | | | |
| 10. -Vanguard Small-Cap Index Fund Investor Shares | A | Dividend | K | T | | | | | |
| 11. -Vanguard Target Retirement 2035 Fund | A | Dividend | J | T | | | | | |
| 12. -Vanguard Total Bond Market Index Fund Investor Shares | B | Dividend | K | T | | | | | |
| 13. IRA Account No. 1 (H) | | | | | | | | | |
| 14. -American Funds Capital World Growth & Income Fund | A | Dividend | K | T | | | | | |
| 15. -Eagle Mid Cap Stock Fund | B | Dividend | J | T | | | | | |
| 16. -Eaton Vance Global Macro Absolute Return Fund | A | Dividend | J | T | | | | | |
| 17. -John Hancock U.S. Global Leaders Growth Fund | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -IVA Worldwide Fund | A | Dividend | K | T | | | | | |
| 19. -Ivy Global Natural Resources Fund Class C | A | Dividend | J | T | | | | | |
| 20. -Loomis Sayles Investment Grade Bond Fund | A | Dividend | K | T | | | | | |
| 21. -PIMCO Total Return Fund | B | Dividend | K | T | | | | | |
| 22. -PIMCO All Asset Fund | A | Dividend | K | T | | | | | |
| 23. -Thornburg International Value Fund | A | Dividend | K | T | | | | | |
| 24. -Mutual Hedge Frontier Legends Fund Class C | A | Dividend | J | T | | | | | |
| 25. Raymond James Deposit Account | A | Interest | J | T | | | | | |
| 26. Chase Bank Cash Deposit Accounts | A | Interest | K | T | | | | | |
| 27. New York Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 28. IRA Account No. 2 (H) | | | | | | | | | |
| 29. -Eagle Mid Cap Stock Fund | B | Dividend | J | T | | | | | |
| 30. -John Hancock U.S. Global Leaders Growth Fund | A | Dividend | J | T | | | | | |
| 31. -PIMCO Total Return Fund | B | Dividend | K | T | | | | | |
| 32. -PIMCO All Asset Fund | A | Dividend | J | T | | | | | |
| 33. -Thornburg Value Fund | A | Dividend | J | T | | | | | |
| 34. Brokerage Account No. 1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leitman, Matthew F. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -DWS Managed Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 36.  -Davis New York Venture Fund | A | Dividend | K | T | | | | | |
| 37.  -American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 38.  -Ivy Asset Strategy Fund | A | Dividend | K | T | | | | | |
| 39.  -PIMCO Diversified Income Fund | A | Dividend | J | T | | | | | |
| 40.  MI Education Savings Program, Moderate Aged-Based Option | | None | M | T | | | | | |
| 41.  Ally Demand Note Account | A | Interest | J | T | | | | | |
| 42.  Miller Canfield Capital Account | | None | L | T | | | | | |
| 43. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matthew F. Leitman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 54 | 343 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | 28 | 096 |
| Listed securities -- see schedule | | 857 | 707 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -- personal residence | | 336 | 598 |
| Real estate owned -- personal residence | | 375 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 200 | 000 | | | | |
| Cash value-life insurance | | 16 | 222 | | | | |
| Other assets itemize: | | | | | | | |
| Capital account | | 62 | 000 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 364 | 694 |
| | | | | Net Worth | 1 | 200 | 578 |
| Total Assets | 1 | 565 | 272 | Total liabilities and net worth | 1 | 565 | 272 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |